IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY FORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-cv-0449-MJR ) |
| MICHAEL J. KABAT and WESLEY SHIRLEY, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On March 27, 2009, this District Court granted summary judgment in favor of Defendants Kabat and Shirley and against Plaintiff Ford pursuant to ***Heck v. Humphrey*, 512 U.S. 477 (1994)** (Doc. 40). As a result, the Court dismissed Count 1 against Kabat and Shirely with prejudice. At that time, however, Count 2 remained pending as to Defendant Wright, though the Court informed Ford that Count 2 would be severed under ***George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007)**, unless Ford wished to voluntarily dismiss that claim (Doc. 41). Ford did not voluntarily dismiss Count 2 and instead opted to proceed. Consequently, the Court ultimately severed Count 2 into a separate action with a new case number (Doc. 48).

Thus, all claims in this action have been dismissed and the case is now closed. Consequently, the Court now **DIRECTS** the Clerk of the Court to enter judgment in favor of Defendants Kabat and Shirley and against Plaintiff Ford as to Count 1. The case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

**DATED this 7th day of August 2009.**

                                             **s/ Michael J. Reagan**
                                             **MICHAEL J. REAGAN**
                                             **United States District Judge**